**CLOSED**

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HAROLD H. SNYDER, | : |
| Plaintiff, | : Civil Action No.: 05-3819 (JLL) |
| v. | : **ORDER ADOPTING THE REPORT** |
|  | : **AND RECOMMENDATION OF** |
| RONALD LIPUMA, | : **THE MAGISTRATE JUDGE** |
| Defendant. | : |

**LINARES, District Judge.**

This matter having come before the Court on the Report and Recommendation of United States Magistrate Ronald J. Hedges, filed March 20, 2006, and the Court having received no objections, and the Court having reviewed the Report and Recommendation and other documents on file in this matter, and

For good cause shown;

**IT IS** on this 17th day of April, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed March 20, 2006, recommending that Defendant's motion to dismiss [Docket #3] Plaintiff's Complaint for lack of subject matter jurisdiction be granted is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

1

**ORDERED** that Plaintiff's Complaint is DISMISSED; and it is further

**ORDERED** that the Clerk shall close its file in this matter.

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE